UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>vs.<br><br>OSCAR MAURICIO<br>VAZQUEZ-LEDEZMA,<br><br>                  Defendant. | Case No. 19cr3729-AJB<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>NOV 26 2019<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY              DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

Ct 1 -8:1326 - Attempted Entry After Deportation (Felony)

☒ _____

Dated: 11/26/19

JILL L. BURKHARDT
Hon. Jill L. Burkhardt
United States Magistrate Judge